UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR, <br><br> Plaintiff, <br><br> v. <br><br> AZUL HOSPITALITLY GROUP, LLC, <br><br> Defendant. | No. 2:19-cv-01877-TLN AC <br><br><br> ORDER |

Plaintiff initially commenced this action under the Americans with Disabilities Act ("ADA") on September 18, 2019. ECF No. 1. Defendant Azul Hospitality LLC responded with a motion to dismiss on October 18, 2019, which was converted to a motion for summary judgment by the court, set for hearing on January 15, 2020. ECF Nos. 6, 10. In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties sufficient time to pursue an early informal resolution of this matter, the court finds it appropriate to stay this action and refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for January 15, 2020 on defendant's motion is VACATED, the action is STAYED until further order of the court, and the action is REFERRED to the VDRP.

2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE