UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR, | No. 2:19-cv-01877-TLN AC |
| Plaintiff, | |
| v. | ORDER |
| AZUL HOSPITALITLY GROUP, LLC, | |
| Defendant. | |

Plaintiff initially commenced this action under the Americans with Disabilities Act ("ADA") on September 18, 2019.  ECF No. 1.  Defendant Azul Hospitality LLC responded with a motion to dismiss on October 18, 2019, which was converted to a motion for summary judgment by the court, set for hearing on January 15, 2020.  ECF Nos. 6, 10.  On January 7, 2020, the court vacated the hearing on defendant's motion and stayed the case until further order of the court in order to refer this action to the court's voluntary dispute resolution program ("VDRP").  This order clearly stated that any party objecting to the VDRP referral "shall file its objections within seven (7) days of this order."  ECF No. 18 at 2.

On September 16, 2020, defendant filed objections to the VDRP referral.  ECF No. 22.  These objections are OVERRULED because they are eight months late, a VDRP neutral has already been assigned, and defendant provides no reason for the untimeliness of the objections.  Though defendant makes a vague reference to the COVID-19 pandemic, the court notes for the

record that the judicial system was entirely unaffected by the pandemic until approximately two months after defendant's objections were due.  ECF No. 22 at 2.  Additionally, ADA cases such as this one are routinely referred to VDRP in this District.  Defendant's argument that 22 other district court judges have dismissed complaints by plaintiff in other cases, and that plaintiff has been declared vexatious in other districts, is entirely irrelevant to both the merits of *this* case and the suitability of the VDRP referral.

Defendant's objections are OVERRULED and this case will proceed in VDRP.  The court expects the full, good faith participation of all parties throughout the VDRP process.

IT IS SO ORDERED.

DATED: September 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2