**Peter Strojnik (Sr.)**
**7847 N. Central Ave.**
**Phoenix, Arizona 85020**
**602-524-6602**
**ps@strojnik.com**

**In Pro Se**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>  Plaintiff,<br><br>vs.<br><br>AZUL Hospitality Group, LLC and The McConnell Foundation dba Sheraton Redding Hotel at the Sundial Bridge,<br><br>  Defendants. | **CASE NO. 2:19-CV-01877-TLN-AC**<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT THE McCONNELL FOUNDATION dba SHERATON REDDING HOTEL AT THE SUNDIAL BRIDGE<br><br># FILED BY FAX |

WHEREAS, plaintiff Peter Strojnik, Sr. ("Strojnik") filed this action against defendants AZUL Hospitality Group, LLC and The McConnell Foundation dba Sheraton Redding Hotel ("McConnell") at the Sundial Bridge in the United States District Court, Eastern District of California September 18, 2019.

NOW THEREFORE, plaintiff Strojnik and defendant McConnell, agrees and hereby stipulate, that defendant McConnell be dismissed without prejudice in this matter.

DATED:  March ____, 2021

_____
Peter Strojnik, Sr.
Plaintiff Pro Se

DATED:  March ____, 2021

CARR, KENNEDY, PETERSON & FROST

By_____
  Randall C. Nelson
  Attorneys for Defendant the McConnell Foundation

1

**STIPULATION AND ORDER TO DISMISS DEFENDANT**

## ORDER

The parties, having agreed to a dismissal without prejudice of defendant The McConnell Foundation dba Sheraton Redding Hotel at the Sundial Bridge of this action

IT IS ORDERED that:

1. Defendant The McConnell Foundation dba Sheraton Redding Hotel at the Sundial Bridge be dismissed without prejudice.

Dated: March 30, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO DISMISS DEFENDANT**