UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No. 2:19-cv-01877-TLN-AC PS |
| Plaintiff, | |
| v. | ORDER |
| AZUL HOSPITALITLY GROUP, LLC, | |
| Defendant. | |

On March 26, 2021, the court ordered plaintiff and the remaining defendant in this case, Azul Hospitality Group, LLC, to meet and confer and submit a join status report within 14 days. ECF No. 28. The parties have not submitted a joint statement. Plaintiff has not filed any document indicating that he attempted to meet and confer with the defendant and was unable to obtain a joint statement.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 10 days, why his failure to submit a joint statement or give notice to the court of his inability to obtain a joint statement should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a joint statement or notice of defendant's refusal to meet and confer within this timeframe will serve as cause and will discharge this order. If

////

1

plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: April 12, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE