UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No.  2:19-cv-01877-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| AZUL HOSPITALITY GROUP, LLC, | |
| Defendant. | |

Plaintiff, proceeding *pro se*, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 27, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 32.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 27, 2021, are ADOPTED IN FULL; and

2. This action is DISMISSED, without prejudice, for lack of prosecution and failure to

1 | comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

2 | DATED:  June 8, 2021

                                      Troy L. Nunley
                                      United States District Judge